JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FABIAN YEPEZ POSADAS,

            Petitioner,

            v.

THE SUPERIOR COURT OF CALIFORNIA, et al.,

            Respondents.

Case No. 5:25-cv-01045-SRM-DTB

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 8, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

1